IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ALAN DENCE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:11cv727-TMH |
| | ) (WO) |
| MARLOWE OAKS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On September 8, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's claims against the Chilton County Jail and Southern Health Partners be and are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

3. That the Chilton County Jail and Southern Health Partners be and are hereby DISMISSED as parties in this cause of action.

4. That this case, with respect to the plaintiff's claims against the remaining defendant, be and is hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this the 17th day of October 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE